No. 80-6415. SPINELLI v. ESTELLE, CORRECTIONS DIREC-
TOR. C. A. 5th Cir. Certiorari denied. ▮▮▮

No. 80-6416. OSBORNE v. DISTRICT OF COLUMBIA PAROLE
BOARD. Ct. App. D. C. Certiorari denied.

No. 80-6417. HURST v. HARVEY, WARDEN. C. A. 7th Cir.
Certiorari denied.

No. 80-6421. McFARLAND v. DUCKWORTH, WARDEN. C. A.
7th Cir. Certiorari denied. ▮▮▮

No. 80-6422. COLLINS v. INDIANA. Sup. Ct. Ind. Cer-
tiorari denied. ▮▮▮

No. 80-6423. GLENN v. NORTH CAROLINA. Ct. App. N. C.
Certiorari denied. ▮▮▮

No. 80-6425. PHILLIPS v. UNITED STATES. C. A. 7th Cir.
Certiorari denied. ▮▮▮

No. 80-6426. ODES v. NOWLAND, ACTING DIRECTOR, DE-
PARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS.
C. A. 7th Cir. Certiorari denied.

No. 80-6436. HOWARD v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 80-6440. COOPER v. COOPER. Dist. Ct. App. Fla., 3d
Dist. Certiorari denied. ▮▮▮

No. 80-6446. BLAND v. ALABAMA. Ct. Crim. App. Ala.
Certiorari denied. ▮▮▮

No. 80-6454. MARKLAND v. UNITED STATES. C. A. 2d
Cir. Certiorari denied. ▮▮▮

No. 80-6465. HARRELL v. HOPKINS, WARDEN. C. A. 6th
Cir. Certiorari denied. ▮▮▮